UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JOYCE FORTINEAUX,

    Plaintiff,

v.                                             Case No. 05-C-967

JO ANNE BARNHART,

    Defendant.

**ORDER**

Plaintiff has filed a social security action and, along with her complaint, she has filed a motion for leave to proceed in forma pauperis. From these filings, it is evident that Ms. Fortineaux is indigent. *See* 28 U.S.C. § 1915. She indicates she does not have a job and relies largely on government support for her living expenses. She also has debts for medical bills and child support. Accordingly, the motion to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security.

Plaintiff must provide defendants or their counsel with copies of all future motions or papers filed by the plaintiff in this action.

**SO ORDERED** this   12th   day of September, 2005.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge